**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | &#124; |
| | &#124; |
| **Plaintiff,** | &#124; |
| | &#124;     **CASE NO. 2:25-PO-072** |
| **v.** | &#124; |
| | &#124;     **MAGISTRATE JUDGE JOLSON** |
| | &#124; |
| **DARRELL A BOGGS,** | &#124; |
| **Defendant.** | &#124; |
| | &#124; |
| | &#124; |

---

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be DISMISSED.


s/Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**


12/3/2025
**DATE**